## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | |
|---|---|
| NASH HOSPITALS, INC., ) | |
| ) | |
| Plaintiff(s), ) | |
| v. ) | |
| UNITED HEALTHCARE OF NORTH ) | **Case No.** 5:25-cv-00038-FL |
| CAROLINA, INC.; UNITED ) | |
| HEALTHCARE INSURANCE COMPANY ) | |
| OF THE RIVER VALLEY; and UNITED ) | |
| HEALTHCARE INSURANCE COMPANY, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION AND ATTRIBUTED CITIZENSHIP

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, or Fed. R. Crim. P. 12.4 and Local Criminal Rule 12.3,

<u>United Healthcare of North Carolina, Inc.,</u> who is the <u>Defendant,</u>
(name of party/intervenor)                    (plaintiff/defendant/other: ____)

makes the following disclosure:

1. Is the party/intervenor a publicly held corporation or other publicly held entity?

    YES                    NO ☒

2. Does the party/intervenor have any parent corporations?

    YES ☒                  NO

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

<u>UnitedHealth Group Incorporated.</u>

3. Is 10% of more of the stock of the party/intervenor owned by a publicly held corporation or other publicly held entity?

    YES                    NO ☒

If yes, identify all such owners:

Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal 12.3)?

    YES                                 NO ☒

4. Is the party/intervenor a trade association?

    YES                                 NO ☒

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

5. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee:

   Not applicable.

6. In a case based on diversity jurisdiction, the following is a list of every individual or entity whose citizenship is attributed to the party/intervenor:

   Not applicable.

   (Name of individual/entity)                      (State of citizenship)

   (Name of individual/entity)                      (State of citizenship)

   (Name of individual/entity)                      (State of citizenship)

   (Name of individual/entity)                      (State of citizenship)

   (Name of individual/entity)                      (State of citizenship)

   If there are additional individuals or entities who citizenship is attributed to the party/intervenor, please provide their names and states of citizenship on a separate piece of paper.

   *Signatures on following page.*

Signature: */s/ Nicholas Allen Young*

Date: January 27, 2025

**ALSTON & BIRD LLP**

Nicholas Allen Young
N.C. Bar No. 58154
nick.young@alston.com
Andrew M. Brown
N.C. Bar No 62028
andrew.brown@alston.com
555 Fayetteville Street, Suite 600
Raleigh, NC 27601
Telephone: (919) 862-2200
Fax: (919) 862-2260

Caitlin Van Hoy
N.C. Bar No. 50639
caitlin.vanhoy@alston.com
1120 S. Tryon Street, Suite 300
Charlotte, NC 28302
Telephone: (704) 444-1000
Fax: (704) 444-1111


William H. Jordan (notice of special appearance forthcoming)
Georgia Bar No. 405112
bill.jordan@alston.com
Matthew L.J.D. Dowell (notice of special appearance forthcoming)
Georgia Bar No. 236685
matt.dowell@alston.com
Meredith Jones Kingsley (notice of special appearance forthcoming)
Georgia Bar No. 793726
meredith.kingsley@alston.com
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777


*Attorneys for Defendants*

3

LEGAL02/45508713v1  Case 5:25-cv-00038-FL    Document 3    Filed 01/27/25    Page 3 of 4

# CERTIFICATE OF SERVICE

I certify that on the 27th day of January, 2025, I caused a copy of the foregoing **DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION AND ATTRIBUTED CITIZENSHIP** to be served via U.S. Mail, first class postage affixed, and via e-mail on Plaintiff's counsel of record at the mailing and e-mail addresses below:

<u>By U.S. Mail</u>
Gary S. Qualls
N.C. Bar No. 16798
gary.qualls@klgates.com
Nate A Huff
N.C. Bar No. 40626
nate.huff@klgates.com
Anderson M. Shackleford
anderson.shackleford@klgates.com
K&L Gates LLP
430 Davis Drive
Morrisville, NC 27560

*Attorneys for Plaintiff*

/s/ Nicholas Allen Young

Nicholas Allen Young
N.C. Bar No. 58154
nick.young@alston.com
555 Fayetteville Street, Suite 600
Raleigh, NC 27601
Telephone: (919) 862-2200
Fax: (919) 862-2260

*Attorney for Defendants*