**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION**

|  |  |
|---|---|
| NASH HOSPITALS, INC., | |
| Plaintiff, | |
| v. | Civil Action No.: 5:25-cv-00038-FL |
| UNITED HEALTHCARE OF NORTH CAROLINA, INC.; UNITED HEALTHCARE INSURANCE COMPANY OF THE RIVER VALLEY; and UNITED HEALTHCARE INSURANCE COMPANY, | |
| Defendants. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Caitlin Van Hoy of the law firm Alston & Bird LLP hereby enters her appearance as counsel of record on behalf of Defendants UnitedHealthcare of North Carolina, Inc.; UnitedHealthcare Insurance Company of the River Valley; and UnitedHealthcare Insurance Company in the above-captioned matter and respectfully requests that notice be given to her of all proceedings in this action.

Respectfully submitted, this 3rd day of February, 2025.

**ALSTON & BIRD LLP**

*/s/ Caitlin Van Hoy*

Caitlin Van Hoy
N.C. Bar No. 50639
caitlin.vanhoy@alston.com
1120 S. Tryon Street, Suite 300
Charlotte, NC 28302
Telephone: (704) 444-1000
Fax: (704) 444-1111

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that this day, February 3, 2025, I electronically filed the foregoing

**NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system. A copy of

the same was served on counsel for Plaintiff as indicated below:

> By U.S. Mail
> Gary S. Qualls
> N.C. Bar No. 16798
> gary.qualls@klgates.com
> Nate A Huff
> N.C. Bar No. 40626
> nate.huff@klgates.com
> Anderson M. Shackleford
> anderson.shackleford@klgates.com
> K&L Gates LLP
> 430 Davis Drive
> Morrisville, NC 27560
>
> *Attorneys for Plaintiff*

**ALSTON & BIRD LLP**

*/s/ Caitlin Van Hoy*

Caitlin Van Hoy
N.C. Bar No. 50639
caitlin.vanhoy@alston.com
1120 S. Tryon Street, Suite 300
Charlotte, NC 28302
Telephone: (704) 444-1000
Fax: (704) 444-1111

*Attorney for Defendants*