IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| NASH HOSPITALS, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED HEALTHCARE OF NORTH CAROLINA, INC.; UNITED HEALTHCARE INSURANCE COMPANY OF THE RIVER VALLEY; and UNITED HEALTHCARE INSURANCE COMPANY,<br><br>      Defendants. | Civil Action No.: 5:25-cv-00038-FL<br><br>**ORDER GRANTING JOINT MOTION REGARDING BRIEFING SCHEDULE FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

THIS MATTER comes before the Court on the Parties' Joint Motion regarding Briefing Schedule for Extension of Time to Respond to Plaintiff's Complaint. Having reviewed the motion, and good cause being shown, it is hereby ORDERED that, based on Plaintiff's intent to file a Motion to Remand on or before April 7, 2025, Defendants' deadline to respond to the Motion to Remand will be May 7, 2025; Plaintiff's reply, if any, will be due on or before May 27, 2025; and Defendants' deadline to answer or otherwise respond to the Complaint shall be extended through a date that is fourteen days after the Court rules on the Motion to Remand.

SO ORDERED, this the 27th day of March, 2025.

_____
LOUISE W. FLANAGAN
United States District Judge