# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| NASH HOSPITALS, INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED HEALTHCARE OF NORTH CAROLINA, INC.; UNITED HEALTHCARE INSURANCE COMPANY OF THE RIVER VALLEY; and UNITED HEALTHCARE INSURANCE COMPANY,<br><br>        Defendants. | Civil Action No. 5:25-CV-00038-FL |

## NOTICE OF SPECIAL APPEARANCE

PLEASE TAKE NOTICE that Meredith Jones Kingsley of the law firm Alston & Bird LLP hereby enters her special appearance and respectfully requests that notice be given to her of all proceedings in this action as counsel of record on behalf of Defendants United Healthcare of North Carolina, Inc., United Healthcare Insurance Company of the River Valley, and United Healthcare Insurance Company in the above-captioned matter.

I certify that I will submit any document to associated Local Civil Rule 83.1 counsel, Nicholas A. Young, for review prior to filing the document with the court in accordance with Local Civil Rule 83.1(d).

Respectfully submitted this 1st day of April, 2025.

/s/ *Meredith Jones Kingsley*
Meredith Jones Kingsley
Georgia Bar No. 793726
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: 404-881-7000
Facsimile: 404-881-7777
meredith.kingsley@alston.com

/s/ *Nicholas A. Young*
Nicholas A. Young
N.C. Bar No. 58154
**ALSTON & BIRD LLP**
555 Fayetteville Street, Suite 600
Raleigh, NC 27601
Tel: (919) 862-2200
Fax: (919) 862-2260
nick.young@alston.com

*Attorneys for Defendants United Healthcare of North Carolina, Inc.; United Healthcare Insurance Company of the River Valley; and United Healthcare Insurance Company*

**CERTIFICATE OF SERVICE**

I certify that on April 1, 2025, I electronically filed Notice of Special Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing and effectuate service to all counsel of record in this matter.

    */s/ Meredith Jones Kingsley*
Meredith Jones Kingsley
Georgia Bar No. 793726
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: 404-881-7000
Facsimile: 404-881-7777
meredith.kingsley@alston.com

*Attorney for Defendants United Healthcare of North Carolina, Inc.; United Healthcare Insurance Company of the River Valley; and United Healthcare Insurance Company*