IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| NASH HOSPITALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED HEALTHCARE OF NORTH CAROLINA, INC.; UNITED HEALTHCARE INSURANCE COMPANY OF THE RIVER VALLEY; and UNITED HEALTHCARE INSURANCE COMPANY, <br><br> Defendants. | Civil Action No.: 25-cv-00038 <br><br> Hon. Louise Wood Flanagan |

**PLAINTIFF'S MOTION TO REMAND THE CASE TO THE NORTH CAROLINA GENERAL COURT OF JUSTICE, SUPERIOR COURT DIVISION**

Plaintiff Nash Hospitals, Inc. ("UNC Health Nash") files this Motion to Remand the Case to the North Carolina General Court of Justice, Superior Court Division ("Motion"). Contemporaneously with this Motion, UNC Health Nash files a Memorandum in Support, which is fully incorporated herein by reference for all purposes.

| | |
|---|---|
| Dated: April 7, 2025 | **K&L GATES LLP** <br><br> */s/ Gary S. Qualls* <br> Gary S. Qualls <br> N.C. State Bar No. 16798 <br> gary.qualls@klgates.com <br> Nate A. Huff <br> N.C. State Bar No. 40626 <br> nate.huff@klgates.com <br> Anderson M. Shackelford <br> N.C. State Bar No. 49510 <br> anderson.shackelford@klgates.com <br> 430 Davis Drive <br> Morrisville, NC 27560 <br> Telephone: (919) 466-1195 <br> Facsimile: (919) 516-2072 |

*Counsel for Plaintiff Nash Hospitals, Inc.*